GEOFFREY M. GODFREY (SBN 228735)
godfrey.geoff@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone:   (206) 903-8800
Facsimile:    (206) 903-8820

*Counsel for Defendant*
*Blue Jeans Network, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BLUE JEANS NETWORK, INC., <br><br> Defendant. | Case No. 4:21-CV-02685-HSG <br><br> **ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Defendant's Unopposed Motion to Continue the Initial Case Management Conference and Related Deadlines is GRANTED. The case schedule is amended as follows:

1. The Initial Case Management Conference is continued to August 31, 2021, at 2:00 p.m.

2. The deadline for the parties to file the Case Management Statement and to comply with ADR L.R. 3-5(a) and (b) is continued to August 24, 2021.

IT IS SO ORDERED.

DATED: _____6/28/2021_____

_____
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE